**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**JEROME RAHEEM SIMPSON,**

***Plaintiff*,**

**v.** **Case No.: 3:26cv4888-MW/ZCB**

**V.A. STOUDMIRE, et al.,**

***Defendants*.**
_______________________________/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11. The Magistrate Judge recommends denial of Plaintiff's motion for preliminary injunction for several reasons with which this Court agrees. In addition, Plaintiff has now filed an amended complaint, ECF No. 12. Assuming *arguendo* that the amended complaint is properly before this Court, Plaintiff still does not request injunctive relief. Accordingly, Plaintiff cannot pursue preliminary injunctive relief when he only seeks damages in the operative pleading. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 11, is **accepted and adopted** as this Court's opinion. Plaintiff's motion for preliminary injunction, ECF No. 10, is

**DENIED**. This case is referred back to the Magistrate Judge for further proceedings.

**SO ORDERED on October 13, 2026.**

**s/Mark E. Walker**
**United States District Judge**